UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES POWELL,       )<br>                              )<br>      Plaintiff,      )<br>                              )     **JUDGMENT IN A CIVIL CASE**<br>   v.                     )<br>                              )     **CASE NO. 5:17-CV-404-D**<br>NANCY A. BERRYHILL, Acting Commissioner  )<br>of Social Security,        )<br>      Defendant.      ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,420.01 ($4,400 in attorney's fees and $20.01 in expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Ste. 390, Charlotte, NC 28217, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on October 25, 2018, and Copies To:**
| | |
|---|---|
| George C. Piemonte | (via CM/ECF electronic notification) |
| Mary Ellan Russell | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:                                             PETER A. MOORE, JR., CLERK
October 25, 2018                          (By) /s/ Nicole Sellers
                                                       Deputy Clerk