IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES POWELL, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO. 5:17-CV-00404-D |
| v. | * |
| | * |
| KILOLO KIJAKAZI, Acting | * |
| Commissioner of Social Security, | * |
| | * |
| Defendant. | * |
| | * * * * * |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees pursuant to 42 U.S.C. § 406(b), and Defendant's response, it is this __22__ day of July, 2021, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. § 406(b), in the amount of $23,649.00 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel shall refund to Plaintiff fees he received under the Equal Access to Justice Act in the amount of $4,400.00.

James C. Dever III
United States District Judge