UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES POWELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-404-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social Security Act, 42 U.S.C. § 406(b), in the amount of $23,649.00 (or 25% of Plaintiffs past-due benefits, whichever is less). Plaintiff's counsel shall refund to Plaintiff fees he received under the Equal Access to Justice Act in the amount of $4,400.00.

**This Judgment Filed and Entered on July 22, 2021, and Copies To:**
Mary Ellen Russell                                                         (via CM/ECF electronic notification)
Cassia W. Parson                                                           (via CM/ECF electronic notification)

DATE:                                              PETER A. MOORE, JR., CLERK
July 22, 2021                                 (By)  /s/ Nicole Sellers
                                                              Deputy Clerk